UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 20-CR-516 (JPO) |
| WILLIAM RILEY, | ORDER |
| Defendant. | |

J. PAUL OETKEN, District Judge:

On December 15, 2021, Defendant William Riley was sentenced to imprisonment for a total term of time served and a term of two years' supervised release, with the first six months subject to the condition of home detention. The Court hereby clarifies that during the six-month term of home detention, Riley shall be subject to monitoring technology at the discretion of the Probation Office.

SO ORDERED.

Dated: December 20, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge